FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN COMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Defendant. | No.  2:22-CV-00295-SAB<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the parties' Stipulation for Dismissal With Prejudice of All Claims, ECF No. 30. Plaintiff is represented by Emily Uppal and Kasey Huebner. Defendant is represented by James Hicks.

　　Due to a settlement agreement, the Parties have requested the Court dismiss this case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

　　Accordingly, **HEREBY ORDERS:**

　　1.　Stipulation for Dismissal With Prejudice of All Claims, ECF No. 30, is **GRANTED**.

//

//

**ORDER OF DISMISSAL** ~ 1

2. The above-captioned action is **DISMISSED with prejudice** and without fees or costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and keep the file **closed.**

**DATED** this 26th day of February 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** ~ 2